■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD LYON, Appellant. [1 NYS3d 874]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Peradotto and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER DOUGLAS WILKINS, Appellant. [1 NYS3d 874]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN J. JOHNSON, Appellant. [1 NYS3d 874]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Fahey, Carni, Whalen and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS TIMMONS, Appellant. [1 NYS3d 874]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Sconiers and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBBIE D. OWENS, Appellant. (Appeal No. 1.) [1 NYS3d 874]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Carni and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBBIE D. OWENS, Appellant. (Appeal No. 2.) [1 NYS3d 874]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Carni and Lindley, JJ.

■ In the Matter of STATE OF NEW YORK, Respondent, v ROY CASTLEBERRY, Appellant. [1 NYS3d 874]—Motions for reargument and leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.

■ ONEBEACON INSURANCE COMPANY, Appellant-Respondent, v UNILAND PARTNERSHIP OF DELAWARE, L.P., Respondent-Appellant. [1 NYS3d 874]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Carni, Lindley and Whalen, JJ.

■ JOHN A. McINTOSH, Appellant, v GENESEE VALLEY LASER CENTRE, et al., Respondents. [1 NYS3d 874]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Lindley, Valentino and DeJoseph, JJ.

■ DEVON FAISON et al., Appellants-Respondents, v LEE LUONG et al., Respondents-Appellants. (Appeal No. 1.) [1 NYS3d

873]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Carni, Sconiers and Valentino, JJ.

■ DEVON FAISON et al., Respondents, v LEE LUONG, Defendant, and JAMES L. CUYLER et al., Appellants. (Appeal No. 2.) [1 NYS3d 873]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Carni, Sconiers and Valentino, JJ.

■ DEVON FAISON et al., Appellants-Respondents, v LEE LUONG, Respondent-Appellant, et al., Defendants. (Appeal No. 3.) [1 NYS3d 873]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Carni, Sconiers and Valentino, JJ.

■ HAMILTON EQUITY GROUP, LLC, as Assignee of HSBC Bank USA, National Association, Respondent, v BRIAN KUMAHOR, Individually and Doing Business as BKUMAHOR CONSULTING, Appellant, et al., Defendants. [1 NYS3d 874]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Whalen and DeJoseph, JJ.

■ In the Matter of the Judicial Settlement of the Final Account of JPMORGAN CHASE BANK N.A., Respondent, as Trustee of the Trust Created under the Last Will and Testament of LUCY GAIR GILL, Deceased, Dated October 26, 1975, for the Benefit of MARY GILL ROBY, et al., Appellants. [1 NYS3d 874]—Motion for reargument and renewal denied. Present—Centra, J.P., Fahey, Whalen and DeJoseph, JJ.

■ JENNIFER L. RECH, Respondent, v MICHAEL B. RECH, Appellant. (Appeal No. 2.) [1 NYS3d 874]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Valentino, Whalen and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL MALDONADO, Appellant. [1 NYS3d 874]—Motion for reargument denied. Present—Scudder, P.J., Carni, Lindley and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURLIE GREEN, Appellant. [1 NYS3d 874]—Motion for reargument denied. Present—Scudder, P.J., Peradotto, Lindley, Sconiers and Valentino, JJ.

■ JERRY SWENEY, Respondent, v COUNTY OF NIAGARA et al., Appellants. COUNTY OF NIAGARA, Third-Party Plaintiff-